ANNIE SCHATZBERG v. LOUIS SCHATZBERG.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LOUISE BENDER v. E. BURNHAM, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of VINCENT E. HOWARD for Admission to the Bar.— Matter referred to the Appellate Division, Third Department. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of DANIEL F. DOODY, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

---

## SECOND DEPARTMENT, FEBRUARY, 1927.

LOUISE M. BENNETT, as Administratrix, etc., of JACOB BENNETT, Deceased, Respondent, v. THE TOWN OF KENT, Defendant. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. The error pointed out by the Court of Appeals on the former trial was not, in our opinion, committed at the present trial. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

SAMUEL BLANK, Appellant, v. WALLACE L. CONNER and Others, Defendants. MANUFACTURERS TRUST COMPANY and UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondents.— Judgment dismissing complaint affirmed, with costs. No opinion. Kelly, P. J., Young, Kapper and Lazansky, JJ., concur; Manning, J., dissents.

ADA M. BRUSH, Respondent, v. WALTER LINDSAY and WILLIAM B. GIBSON, Appellants.— Order setting aside verdict reversed upon the law and the facts, without costs in this court, and verdict reinstated. The evidence justified the jury in finding that although the certificate of lunacy made by defendants was irregular, plaintiff was in fact insane, and, therefore, suffered only nominal damages. Besides, in summing up, plaintiff's attorney asked the jury to bring in a verdict in favor of plaintiff, even if it should be for only one dollar. The jury having acceded to his request, we think it cannot now be said that the verdict was inadequate. (People v. Cohen, 223 N. Y. 406, 429.) Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

PHEBE K. BRUSH, Respondent, v. WALTER LINDSAY and WILLIAM B. GIBSON, Appellants.— Order setting aside verdict reversed upon the law and the facts, without costs in this court, and verdict reinstated, upon authority of Brush v. Lindsay [ante, p. 789], decided herewith. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

SOLOMON COPLOW, Appellant, v. MAX SPELREIN, Respondent.— Order denying motion to dismiss counterclaim affirmed, without costs. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.